In the Matter of FLEETWOOD ACRES, INC., Appellant, against CHRISTOPHER SHERIDAN, as Commissioner of Public Works of the City of Yonkers, et al., Respondents.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Estate of MARY KOWALSKY, Deceased. JOHN KOWALSKY, Appellant; FERDINAND D. VIRGILIO, as Executor of MARY KOWALSKY, Deceased, et al., Respondents.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of FRANCIS J. NICOSIA, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of MORRIS H. SIEGEL, Petitioner, against HAROLD J. CRAWFORD, as a Justice of the Municipal Court of the City of New York, Respondent, and MAE HARDING, Intervener, Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

BARNETT KADIN, Appellant, v. J. RICH STEERS, INC., Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

SOL KATZENSTEIN, Appellant, v. MERRIMACK MUTUAL FIRE INSURANCE COMPANY, Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

SAMUEL KUTAY, Respondent, v. FREIDA OTNER, Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ARTHUR LEHMANN, Appellant-Respondent, v. UNITED STATES LINES COMPANY, Respondent-Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

JOSEPH M. MAY, Respondent, v. KALMON DOLGIN, INC., Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

KATHRYN MISSALL et al., Respondents, v. JOSEPH A. PALMA, as President of the Borough of Richmond, et al., Appellants. ALICE B. ELLIOTT, Respondent, v. JOSEPH A. PALMA, as President of the Borough of Richmond, et al., Appellants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.